UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **SANCHEZ, LUIS A** ) | Case No. 05-25305 | |
| **SANCHEZ, MEGAN M** ) | | |
| Debtor(s). ) | Hon. **A. BENJAMIN GOLDGAR** | |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Park City Branch Court, Courtroom B, 301 Greenleaf Avenue, Park City, IL 60085

    On: **April 3, 2009**          Time:  **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                                                                    $6,058.94

    Disbursements                                                                          $3,988.34

    Net Cash Available for Distribution                                         $2,070.60

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Trustee Compensation* | $0.00 | $577.24 | $0.00 |
| COHEN & KROL | $0.00 | $593.00 | $0.00 |

*Attorney for Trustee*

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7.  Claims of general unsecured creditors totaling $27,337.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.29%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services | $115.00 | $3.79 |
| 000002 | American Express Centurion Bank | $906.07 | $29.84 |
| 000003 | Citibank Usa NA | $700.00 | $23.05 |
| 000004 | MBNA America Bank NA | $25,616.59 | $843.68 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **February 27, 2009**              For the Court,

                                       By:  **KENNETH S. GARDNER**
                                            CLERK OF BANKRUPTCY COURT

Trustee:    Joseph E. Cohen
            Cohen & Krol
Address:    105 West Madison Street
            Suite 1100
            Chicago, IL  60602-0000
Phone No.:  (312) 368-0300

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Feb 27, 2009
Case: 05-25305                Form ID: pdf002              Total Served: 17

The following entities were served by first class mail on Mar 01, 2009.
db/jdb          +Luis A Sanchez,   Megan M Sanchez,   2384 Fox Chase Circle,   Round Lake Beach, IL 60073-4100
9495510         +American Express Centurion Bank,   C/O Becket and Lee LLP,   PO Box 3001,
                  Malvern, PA 19355-0701
10797475         CITIFINANCIAL RETAIL SERVICES INC,   P.O.BOX 70923,   CHARLOTTE, NC 28272-0923
9495511          Capital One Bank,   P.O. Box 790216,   St. Louis, MO  63179-0216
9495512          Chase Bank One,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE  19886-5153
9495516         +Citibank USA NA,   d/b/a Home Depot,   Po Box 9025,   Des Moines, IA 50368-9025
9495513          Citifinancial Retail Services,   P.O. Box 8019,   South Hackensack, NJ  07606-8019
9495509         +Goldberg & Kane,   813 Washington Street,   Waukegan, IL 60085-5424
9495515         +Greatbank,   234 South Randall Road,   Algonquin, IL 60102-9706
9495518          MBNA America,   P.O. Box 15289,   Wilmington, DE  19886-5289
10691340        +MBNA America Bank NA,   Mailstop DE5-014-02-03,   PO Box 15168,   Wilmington, DE 19850-5168
9495507         +Sanchez Luis A,   2384 Fox Chase Circle,   Round Lake Beach, IL 60073-4100
9495508         +Sanchez Megan M,   2384 Fox Chase Circle,   Round Lake Beach, IL 60073-4100
9495519          Wells Fargo Home Mortgage,   P.O. Box 14411,   Des Moines, IA  50306-3411

The following entities were served by electronic transmission on Feb 28, 2009.
9495514          E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2009 02:09:36      Discover Card,
                  P.O. Box 15251,   Wilmington, DE  19886-5251
10598227         E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2009 02:09:36
                  Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
9495517         +E-mail/Text: idiaz2@co.lake.il.us                            Lake County Collector,
                  18 N. County Street,   Waukegan, IL 60085-4361
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**            **Signature:**     _Joseph Speetjens_