## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-25305 ABG |
| SANCHEZ, LUIS A | § | |
| SANCHEZ, MEGAN M | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH E. COHEN_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Luis & Megan Sanchez |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Greatbank 234 South Randall Road Algonquin, IL  60102 |  |  |  |  |  |
| Wells Fargo Home Mortgage P.O. Box 14411 Des Moines, IA  50306-3411 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One Bank P.O. Box 790216 St. Louis, MO  63179-0216 | | | | | |
| Chase Bank One Cardmember Service P.O. Box 15153 Wilmington, DE  19886-5153 | | | | | |
| Home Depot Processing Center Des Moines, IA  50364 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CITIBANK USA NA | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| MBNA AMERICA BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 05-25305   ABG   Judge: A. BENJAMIN GOLDGAR | | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | SANCHEZ, LUIS A | | | Date Filed (f) or Converted (c): | 06/27/05 (f) |
| | SANCHEZ, MEGAN M | | | 341(a) Meeting Date: | 07/28/05 |
| For Period Ending: 10/06/09 | | | | Claims Bar Date: | 04/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 225,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CASH | 4.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 77.00 | 0.00 | | 0.00 | 0.00 |
| 4. SECURITY DEPOSIT | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. APPAREL | 250.00 | 0.00 | | 0.00 | 0.00 |
| 7. JEWELRY | 350.00 | 0.00 | | 0.00 | 0.00 |
| 8. 401(K) | 6,500.00 | 0.00 | | 0.00 | 0.00 |
| 9. VEHICLE | 21,645.00 | 7,000.00 | | 6,000.00 | 1,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 58.98 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $254,926.00 | $7,000.00 | | $6,058.98 | $1,000.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS NEGOTIATING WITH DEBTOR TO PURCHASE VEHICLE.  NEGOTIATIONS FAILED AND VEHICLE SOLD AT AUCTION BY AMERFICAN AUCTIONEERS PER COURT ORDER.

TRUSTEE TO REVIEW CLAIMS AND FILE FINAL REPORT.

Initial Projected Date of Final Report (TFR): 09/30/06        Current Projected Date of Final Report (TFR): 02/28/09

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 05-25305  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SANCHEZ, LUIS A | Bank Name: | BANK OF AMERICA, N.A. |
| | SANCHEZ, MEGAN M | Account Number / CD #: | *******9337  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5119 | | |
| For Period Ending: | 10/06/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/25/06 | 9 | AMERICAN AUCTION ASSOCIATES INC. | Sale of Vehicle | 1129-000 | 6,000.00 | | 6,000.00 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.45 | | 6,000.45 |
| 05/11/06 | 000301 | AMERICAN AUCTION ASSOCIATES, INC. | AUCTION EXPENSES | 3620-000 | | 234.86 | 5,765.59 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.00 | | 5,770.59 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.74 | | 5,775.33 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.91 | | 5,780.24 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.91 | | 5,785.15 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.75 | | 5,789.90 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.93 | | 5,794.83 |
| 11/29/06 | 000302 | Luis & Megan Sanchez | Payment of exemption | 8100-002 | | 3,750.00 | 2,044.83 |
| | | | Payment of exemption | | | | |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.76 | | 2,049.59 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.05 | | 2,051.64 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.74 | | 2,053.38 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.58 | | 2,054.96 |
| 03/01/07 | 000303 | International Sureties, Ltd. | Bond premium | 2300-000 | | 1.65 | 2,053.31 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.74 | | 2,055.05 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.70 | | 2,056.75 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.75 | | 2,058.50 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.69 | | 2,060.19 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.76 | | 2,061.95 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.75 | | 2,063.70 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 1.31 | | 2,065.01 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 1.32 | | 2,066.33 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 1.10 | | 2,067.43 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 0.99 | | 2,068.42 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 0.82 | | 2,069.24 |

Ver: 14.31c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 05-25305  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SANCHEZ, LUIS A | Bank Name: | BANK OF AMERICA, N.A. |
| | SANCHEZ, MEGAN M | Account Number / CD #: | *******9337  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5119 | | |
| For Period Ending: | 10/06/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 0.49 | | 2,069.73 |
| 03/25/08 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.83 | 2,067.90 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.49 | | 2,068.39 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.42 | | 2,068.81 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.25 | | 2,069.06 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.26 | | 2,069.32 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.26 | | 2,069.58 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.26 | | 2,069.84 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.26 | | 2,070.10 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.20 | | 2,070.30 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.17 | | 2,070.47 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 2,070.58 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,070.60 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,070.62 |
| 02/28/09 | 000305 | International Sureties, Ltd. | Bond premium | 2300-000 | | 1.70 | 2,068.92 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,068.94 |
| 04/02/09 | | Transfer to Acct #*******0928 | Final Posting Transfer | 9999-000 | | 2,068.94 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 05-25305 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SANCHEZ, LUIS A | Bank Name: | BANK OF AMERICA, N.A. |
| | SANCHEZ, MEGAN M | Account Number / CD #: | *******9337  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5119 | | |
| For Period Ending: | 10/06/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account *******9337 | | Balance Forward | 0.00 | | | |
|--|--|--|--|--|--|--|--|
| | 1 | | Deposits | 6,000.00 | 5 | Checks | 3,990.04 |
| | 36 | | Interest Postings | 58.98 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 2,068.94 |
| | | | Subtotal | $ 6,058.98 | | | |
| | | | | | | Total | $ 6,058.98 |
| | 0 | | Adjustments In | 0.00 | | | |
| | 0 | | Transfers In | 0.00 | | | |
| | | | Total | $ 6,058.98 | | | |

Ver: 14.31c

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-25305 -ABG
Case Name: SANCHEZ, LUIS A
SANCHEZ, MEGAN M
Taxpayer ID No: *******5119
For Period Ending: 10/06/09

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0928 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/09 | | Transfer from Acct #*******9337 | Transfer In From MMA Account | 9999-000 | 2,068.94 | | 2,068.94 |
| 04/07/09 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 577.25 | 1,491.69 |
| 04/07/09 | 003002 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 395.34 | 1,096.35 |
| 04/07/09 | 003003 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 197.66 | 898.69 |
| 04/07/09 | 003004 | American Express Centurion Bank<br>C/O Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Claim 000002, Payment 3.28783% | 7100-000 | | 29.79 | 868.90 |
| 04/07/09 | 003005 | Citibank USA NA<br>d/b/a Home Depot<br>Po Box 9025<br>Des Moines, IA 50368 | Claim 000003, Payment 3.28714% | 7100-000 | | 23.01 | 845.89 |
| 04/07/09 | 003006 | MBNA America Bank NA<br>Mailstop DE5-014-02-03<br>PO Box 15168<br>Wilmington, DE 19850 | Claim 000004, Payment 3.28736% | 7100-000 | | 842.11 | 3.78 |
| 04/07/09 | 003007 | United States Bankruptcy Court | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>FOR FAILURE TO MEET MINIMUM<br>DISBURSEMENT AMOUNT:<br>ITEM # CLAIM # DIVIDEND<br>--------- ------------- -----------------<br>1 000001 3.78 | 7100-000 | | 3.78 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 05-25305 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SANCHEZ, LUIS A | Bank Name: | BANK OF AMERICA, N.A. |
| | SANCHEZ, MEGAN M | Account Number / CD #: | *******0928 BofA - Checking Account |
| Taxpayer ID No: | *******5119 | | |
| For Period Ending: | 10/06/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0928

| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 7 | Checks | 2,068.94 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | Total | $ 2,068.94 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 2,068.94 | | | |
| | Total | $ 2,068.94 | | | |

Report Totals

| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 6,000.00 | 12 | Checks | 6,058.98 |
| 36 | Interest Postings | 58.98 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 2,068.94 |
| | Subtotal | $ 6,058.98 | | Total | $ 8,127.92 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 2,068.94 | | | |
| | Total | $ 8,127.92 | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

Ver: 14.31c